UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ALLISON ROUSH,**
on behalf of real party in interest E.R.

**VERSUS**

**DAVID ALEXANDER, ET AL.**

**CIVIL ACTION**

**NO. 21-528-JWD-RLB**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 24, 2022, (Doc. 25), to which an objection (Doc. 26) was filed and considered;

**IT IS ORDERED** that Plaintiff's Motion to Change Status from Pro Se to Sui Juris and Affidavit (Doc. 18) is DENIED.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss, Motion to Strike, and Motion for Attorney's Fees (Doc. 14) is GRANTED IN PART and DENIED IN PART, and Plaintiff's federal claims are DISMISSED WITH PREJUDICE, and Plaintiff's state claims are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss (Doc. 20) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Join and Add Parties Defendant Doc. 13) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Amended

Complaint for Declaratory Relief and Other Equitable Relief (Doc. 22) is DENIED.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 21, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**